# Appendix A Parties

Oklahoma County Public Defender –
Nicole Burns = Address   suite #611
320 Robert S. Kerr Av
OKC, OK 73102

Jail Administrators and Detention Officers:
Captain Seadbrock
Captain Hinley
Captain Carter
Lt Wagner
Lt Cherise
Lt Jamie Ncquckin
Officer Smith

Address for Jail Administrators and Detention officers =
201 N. Shartel
OKC, OK 73102

All Parties are citizens of Oklahoma and all Parties were acting under color of state law.

All parties had power over my living conditions and movements.

Appendix D Cause of Action

There was money being taken out of my trust fund account Dates 11-8-19 and 12-12-19 for services I never requested and incidents I was found not guilty of. The money was never put back. Several attempts through request of staffs, grievances, and verbal talks with captains, Lt, and Jail staff was unanswered.

I was attacked by a Detention Officer while I was in the shower twice. First in 2019 not sure the Date but medical log book can provide that. And second on 5-18-20. The Officer who's name is P. Smith walked up on me while I was in the shower and sprayed me with his pepper spray because I wasn't getting out of the shower fast enough on two different incidents he walked up behind me and sprayed my back, head, and face, while I was no threat to him or

anyone else, both incidents are on videotape.

Public Defender Nicole Burns withheld information from me about my case and also gave me false information about the case, I asked her to file motions and help me with my defense and she refused.

Putting me in danger by putting me in living conditions or on pods with gangs, races, and staff members that I have had physical conflicts with in the past. Threats being made to me by staff members about what there going to do to me and my safety. Videotaped evidence includes dates around 7-26-19 through 8-14-19.

Racial Discrimination, assault, refusal of my pleas for legal library, showers, rec sleeping on floor, cleaning supplys, Bed Bugs attacking me and medical telling me they don't have anything for it. Pictures of the bites are on computer at the jail.